IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HOWARD D. GOWLER,**

    **Plaintiff,**

**v.**

**DISCOVER BANK,**
**EQUIFAX INFORMATION SERVICES, LLC,**
**CSC CREDIT SERVICES, INC., and**
**EXPERIAN INFORMATION SOLUTIONS, LLC,**

    **Defendants.**                                  Case No. 09-cv-03-DRH

## **ORDER**

**HERNDON, Chief Judge:**

      Before the Court is a Stipulation for Dismissal (Doc. 34) in which Plaintiff seeks to voluntarily dismiss defendant Experian Information Solutions, LLC ("Experian"). The Stipulation is signed by counsel for both Plaintiff and Experian. However, as the other Defendants have already appeared in this case and because Experian has filed its Answer, Plaintiff cannot stipulate to voluntarily dismiss a defendant without the signatures of all parties who have appeared. *See* **FED. R. CIV. P. 41(a)(1)**. Therefore, the Court hereby construes this Stipulation as a Motion for Voluntary Dismissal, made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**. In so doing, the Court hereby **GRANTS** the Plaintiff's Motion to Voluntarily Dismiss

defendant Experian. Accordingly, Plaintiff's claims against defendant Experian in this case are hereby **DISMISSED WITH PREJUDICE**, each Party to bear its own costs.

    **IT IS SO ORDERED**.

Signed this 10th day of June, 2009.

                                     /s/      David R Herndon
                                     **Chief Judge**
                                     **United States District Court**