IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD D. GOWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 09-CV-03-DRH |
| ) | |
| DISCOVER BANK, et al, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 23, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs-----------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: September 1, 2009


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT